DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS ZEPEDA,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2024-3296

[May 20, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502024CA000783XXXAMB.

Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, and Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Fort Lauderdale, for appellant.

David Thayer Burr and Christopher Ryan Jones of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

We affirm the circuit court's final order granting the defendant's motion to dismiss the plaintiff's declaratory relief action with prejudice. "In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved." *Sunset Harbour Condo. Ass'n v. Robbins*, 914 So. 2d 925, 928 (Fla. 2005); *Doorbal v. State*, 983 So. 2d 464, 492 (Fla. 2008); *Archer v. State*, 613 So. 2d 446, 448 (Fla. 1993). Because the issue was not preserved, we cannot reach the merits.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely-filed motion for rehearing.*